**COM.**

**v.**

**ELLISON, D.**

**1339 MDA 2011**

Superior Court of Pennsylvania.

3/2/2012

CP–67–CR–0007099–2007

(York)

Affirmed